**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF SOUTH CAROLINA

Case number *(if known)* _____  Chapter ___11___

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
**4/19**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | WD-I Associates, LLC | |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | DBA  Sea Turtle Marketplace |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 32-0423712 |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** <br><br> 1055 Laskin Road, Suite 100 <br> Virginia Beach, VA 23451 <br> Number, Street, City, State & ZIP Code <br><br> Virginia Beach Cit <br> County | **Mailing address, if different from principal place of business** <br><br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br> 430 William Hilton Parkway Hilton Head Island, SC 29926 <br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

Debtor    WD-I Associates, LLC

Name                                                                    Case number (if known) _____

**7.  Describe debtor's business**     A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**     *Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**     ☑ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**     ☑ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor _____ | | Relationship _____ |
| | District _____ | When _____ | Case number, if known _____ |

Debtor    WD-I Associates, LLC                                          Case number (if known) _____
         Name

**11. Why is the case filed in this district?**    Check all that apply:

- ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

- ☐ It needs to be physically secured or protected from the weather.

- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

- ☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____
          Contact name _____
          Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds** .    Check one:

- ☑ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | WD-I Associates, LLC | Case number (*if known*) |
|---|---|---|
| | Name | |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      5/6/2019
                 MM / DD / YYYY

X  /s/Jon Wheeler                                    Jon Wheeler
   Signature of authorized representative of debtor      Printed name

Title    Manager, WD-I Management, LLC

**18. Signature of attorney**

X  /s/Michael H. Conrady                     Date   5/6/2019
   Signature of attorney for debtor                  MM / DD / YYYY

   Michael H. Conrady
   Printed name

   Campbell Law Firm, PA
   Firm name

   890 Johnnie Dodds Boulevard, Suite B
   P.O. Box 684
   Mt. Pleasant, SC 29464
   Number, Street, City, State & ZIP Code

   Contact phone    (843) 884-6874        Email address    mconrady@campbell-law-firm.com

   5560 SC
   Bar number and State

| Fill in this information to identify the case: |
|---|

Debtor name    WD-I Associates, LLC

United States Bankruptcy Court for the:    DISTRICT OF SOUTH CAROLINA

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☑   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☑   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☑   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☑   *Schedule H: Codebtors* (Official Form 206H)
☑   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☑   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☑   Other document that requires a declaration    Statement of Financial Affairs
        List of Equity Security Holders

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    5/6/2019      X   /s/Jon Wheeler
                                  Signature of individual signing on behalf of debtor

                                  Jon Wheeler
                                  Printed name

                                  Manager, WD-I Management, LLC
                                  Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: WD-I Associates, LLC

United States Bankruptcy Court for the: DISTRICT OF SOUTH CAROLINA

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Fiamma Italian Kitchen, LLC 27 Pearl Reef Lane Hilton Head Island, SC 29926 | | Lease dispute | Contingent Unliquidated Disputed | | | $0.00 |
| G&S Nursery 1550 SW Bedenbaugh Lane Lake City, FL 32025 | | Subcontractor with Davis Landscaping - filed notice of mechanics' lien 2/5/18; currently unreleased of record. | Disputed | | | $0.00 |
| Harrison Perrine 909 Walnut Street #2503 Kansas City, MO 64106 | | | | | | $32,059.68 |
| Kaufman & Canoles, P.C. 150 West Main Street Norfolk, VA 23514 | | | | | | $80,081.44 |
| Perrine Investments c/o Harrison Perrine 909 Walnut Street, #2503 Kansas City, MO 64106 | | | | | | $128,622.84 |
| Pineland Associates II, LLC 2529 Virgina Beach Blvd Virginia Beach, VA 23452 | | Land and improvements known as Sea Turtle Marketplace located at 430 William Hilton Parkway, Hilton Head Island, SC 29926 | Disputed | $1,000,000.00 | $20,500,000.00 | $1,000,000.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | WD-I Associates, LLC | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Sandcastle Constructors, Inc. 15 Trellis Court Hilton Head Island, SC 29926 | | FOR NOTICE PURPOSES ONLY | Disputed | | | $0.00 |
| Superior Document Services 8th & Main Building 707 E. Main Street, Ste 150 Richmond, VA 23219 | | | | | | $31,165.72 |
| Wheeler Development LLC 2529 Virginia Beach Blvd Ste 200 Virginia Beach, VA 23452 | | | Disputed Subject to Setoff | | | $258,873.87 |
| Wheeler Interests, LLC 2529 Virginia Beach Blvd, Ste 200 Virginia Beach, VA 23452 | | | Disputed Subject to Setoff | | | $3,700.41 |
| Wheeler Real Estate LLC 2529 Virginia Beach Boulevard Virginia Beach, VA 23452 | | | Disputed Subject to Setoff | | | $279,199.86 |
| Wheeler Reit, L.P. 2529 Virginia Beach Blvd Virginia Beach, VA 23452 | | Land and improvements known as Sea Turtle Marketplace located at 430 William Hilton Parkway, Hilton Head Island, SC 29926 | Disputed | $11,000,000.00 | $20,500,000.00 | $11,000,000.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   WD-I Associates, LLC

United States Bankruptcy Court for the:   DISTRICT OF SOUTH CAROLINA

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

### Part 1:    Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................    $   20,500,000.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................................    $   2,309,092.19

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*...............................................................................................    $   22,809,092.19

### Part 2:    Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $   32,745,621.86

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $   0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................................    +$   836,580.90

4. **Total liabilities** ........................................................................................................
    Lines 2 + 3a + 3b                $   33,582,202.76

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | WD-I Associates, LLC |
| United States Bankruptcy Court for the: | DISTRICT OF SOUTH CAROLINA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property   **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. | Bank of Arkansas Insurance (estimated value) | Proceeds of fire insurance | | $190,000.00 |
| 3.2. | Towne Bank Operating Account | | | $11,724.59 |
| 3.3. | Towne Bank Security Deposit account | | | $4,497.54 |
| 3.4. | Towne Bank Insurance Account | Proceeds of fire insurance | | $202,869.06 |

| 4. | **Other cash equivalents** *(Identify all)* | |
|---|---|---|
| 5. | **Total of Part 1.** Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | $409,091.19 |

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

**7.   Deposits, including security deposits and utility deposits**

Debtor    WD-I Associates, LLC
_____    Case number *(If known)* _____
Name

Description, including name of holder of deposit

7.1.    Laughlin & Bowen - Balance of retainer for legal services                          Unknown

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.    **Total of Part 2.**                                                                  $0.00
Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |

10. **Does the debtor have any accounts receivable?**

☑ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |

13. **Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other | Nature and extent of debtor's interest | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Debtor    WD-I Associates, LLC    Case number *(If known)*
_____
Name

| description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | in property | | | |
|---|---|---|---|---|
| 55.1.   Land and improvements known as Sea Turtle Marketplace located at 430 William Hilton Parkway, Hilton Head Island, SC 29926 | Fee simple | Unknown | Appraisal | $20,500,000.00 |

56.    **Total of Part 9.**    $20,500,000.00

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
☑ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites** | | | |
| 62.    **Licenses, franchises, and royalties** | | | |
| 63.    **Customer lists, mailing lists, or other compilations** | | | |
| 64.    **Other intangibles, or intellectual property** Closing costs capitalized (book value $250,881.12); loan costs capitalized (book value $475,787.54); leasing comissions (book value $880,140.60); prepaid insurance (book value $32,311.51) | | See description | $1.00 |
| 65.    **Goodwill** | | | |

66.    **Total of Part 10.**    $1.00

Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☑ No
☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    WD-I Associates, LLC                                    Case number *(If known)* _____
         Name

☑ No
☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
      ☑ No
      ☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| 71.   **Notes receivable**<br>Description (include name of obligor) | |
| 72.   **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73.   **Interests in insurance policies or annuities** | |
| Insurance claim for Starbucks fire (in process) | $1,900,000.00 |
| 74.   **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75.   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**<br>Intercompany accounts receivable (included on balance sheet) $1,421,311.90 comprised of:<br>DFI EDENTON - $165,687.40; PINELAND - $508,000.26; PINELAND - $(37,588.47); Berlandi Nussbaum  $5,250.00; Revere Loan -  $382,597.29; Sooner Capital - $67,150.00; WRV - $56,404.00; HARBOR POINT - $93,372.19; DEV FUND I - $7,634.00; WHEELER AVIATION - $5,000.00; Pineland Mgt - $105.00; PORTFOLIO R&M - $167,700.23. | Unknown |
| **Nature of claim**    _____ | |
| **Amount requested**    $0.00 | |
| 76.   **Trusts, equitable or future interests in property** | |
| 77.   **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| 78.   **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | $1,900,000.00 |

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
      ☑ No
      ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    WD-I Associates, LLC
_____
          Name

Case number *(If known)* _____

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $409,091.19 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9......................................................................>* | | $20,500,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $1.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $1,900,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,309,092.19 | + 91b. $20,500,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $22,809,092.19 |

**Fill in this information to identify the case:**

Debtor name      WD-I Associates, LLC

United States Bankruptcy Court for the:   DISTRICT OF SOUTH CAROLINA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

| | |
|---|---|
| 2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | **Column A** Amount of claim — Do not deduct the value of collateral.   **Column B** Value of collateral that supports this claim |

| 2.1 | Beaufort County | Describe debtor's property that is subject to a lien | $148,465.77 | $20,500,000.00 |
|---|---|---|---|---|

Creditor's Name

Treasurer
PO Drawer 487
Beaufort, SC 29901-0487

Creditor's mailing address

Describe debtor's property that is subject to a lien
Land and improvements known as Sea Turtle Marketplace located at 430 William Hilton Parkway, Hilton Head Island, SC 29926

**Describe the lien**
Real Estate Tax Lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
November 2018
**Last 4 digits of account number**
0000

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
1. Beaufort County
2. BOKF, N.A. (known as Bank of Arkansas)
3. Pineland Associates II, LLC
4. Wheeler Reit, L.P.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | BOKF, N.A. (known as Bank of Arkansas) | Describe debtor's property that is subject to a lien | $20,597,156.09 | $20,500,000.00 |
|---|---|---|---|---|

Creditor's Name

3500 N. College Ave
Fayetteville, AR 72703

Creditor's mailing address

Describe debtor's property that is subject to a lien
Land and improvements known as Sea Turtle Marketplace located at 430 William Hilton Parkway, Hilton Head Island, SC 29926

**Describe the lien**
1st Deed of Trust

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
September 28, 2016
**Last 4 digits of account number**

| Debtor | WD-I Associates, LLC | Case number (if know) | |
|---|---|---|---|
| | Name | | |

**Do multiple creditors have an interest in the same property?**
- [ ] No
- [x] Yes. Specify each creditor, including this creditor and its relative priority.

Specified on line 2.1

**As of the petition filing date, the claim is:**
Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

---

| 2.3 | Pineland Associates II, LLC | | $1,000,000.00 | $20,500,000.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

2529 Virgina Beach Blvd
Virginia Beach, VA 23452
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
September 28, 2016
**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
Land and improvements known as Sea Turtle Marketplace located at 430 William Hilton Parkway, Hilton Head Island, SC 29926

**Describe the lien**
2nd Deed of Trust
**Is the creditor an insider or related party?**
- [x] No
- [ ] Yes
**Is anyone else liable on this claim?**
- [x] No
- [ ] Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
- [ ] No
- [x] Yes. Specify each creditor, including this creditor and its relative priority.

Specified on line 2.1

**As of the petition filing date, the claim is:**
Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

---

| 2.4 | Wheeler Reit, L.P. | | $11,000,000.00 | $20,500,000.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

2529 Virginia Beach Blvd
Virginia Beach, VA 23452
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
09/28/2016
**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
Land and improvements known as Sea Turtle Marketplace located at 430 William Hilton Parkway, Hilton Head Island, SC 29926

**Describe the lien**
2nd Deed of Trust
**Is the creditor an insider or related party?**
- [ ] No
- [x] Yes
**Is anyone else liable on this claim?**
- [x] No
- [ ] Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
- [ ] No
- [x] Yes. Specify each creditor, including this creditor and its relative priority.

Specified on line 2.1

**As of the petition filing date, the claim is:**
Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $32,745,621.86 |
|---|---|---|

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Debtor | WD-I Associates, LLC | Case number (if know) | |
|---|---|---|---|
| | Name | | |

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Joseph J. Tierney, Esq.<br>Young Clement Rivers, LLP<br>PO Box 993<br>Charleston, SC 29402 | Line _2.2_ | |
| Nora R. O'Neill, Esq.<br>Frederic Dorwart, Lawyers<br>124 E. Fourth Street<br>Tulsa, OK 74103 | Line _2.2_ | |
| Robert W. McFarland, Esq.<br>McGuire Woods<br>World Trade Center<br>101 West Main Street<br>Norfolk, VA 23510-1655 | Line _2.4_ | |

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page 3 of 3

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name WD-I Associates, LLC

United States Bankruptcy Court for the: DISTRICT OF SOUTH CAROLINA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☑ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>Fiamma Italian Kitchen, LLC<br>27 Pearl Reef Lane<br>Hilton Head Island, SC 29926 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | Unknown |
|  | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _1820_ | **Basis for the claim:** Lease dispute<br><br>Is the claim subject to offset? ☑ No ☐ Yes |  |
| **3.2** | **Nonpriority creditor's name and mailing address**<br>G&S Nursery<br>1550 SW Bedenbaugh Lane<br>Lake City, FL 32025 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | Unknown |
|  | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** Subcontractor with Davis Landscaping - filed notice of mechanics' lien 2/5/18; currently unreleased of record.<br><br>Is the claim subject to offset? ☑ No ☐ Yes |  |
| **3.3** | **Nonpriority creditor's name and mailing address**<br>Harrison Perrine<br>909 Walnut Street #2503<br>Kansas City, MO 64106 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $32,059.68 |
|  | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ☑ No ☐ Yes |  |
| **3.4** | **Nonpriority creditor's name and mailing address**<br>Kaufman & Canoles, P.C.<br>150 West Main Street<br>Norfolk, VA 23514 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $80,081.44 |
|  | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ☑ No ☐ Yes |  |

| Debtor | WD-I Associates, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.5** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$128,622.84**

Perrine Investments
c/o Harrison Perrine
909 Walnut Street, #2503
Kansas City, MO 64106

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

Sandcastle Constructors, Inc.
15 Trellis Court
Hilton Head Island, SC 29926

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** FOR NOTICE PURPOSES ONLY

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$31,165.72**

Superior Document Services
8th & Main Building
707 E. Main Street, Ste 150
Richmond, VA 23219

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

Wheeler Capital, LLC
1055 Laskin Road, Ste 100
Virginia Beach, VA 23451

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** FOR NOTICE PURPOSES ONLY

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$22,877.08**

Wheeler Construction
c/o Jon Wheeler
1055 Laskin Road, Suite 100
Virginia Beach, VA 23451

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$258,873.87**

Wheeler Development LLC
2529 Virginia Beach Blvd Ste 200
Virginia Beach, VA 23452

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☑ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,700.41**

Wheeler Interests, LLC

2529 Virginia Beach Blvd, Ste 200
Virginia Beach, VA 23452

☐ Contingent
☐ Unliquidated
☑ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☑ Yes

---

| Debtor | WD-I Associates, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $279,199.86 |
|---|---|---|---|

Wheeler Real Estate LLC
2529 Virginia Beach Boulevard
Virginia Beach, VA 23452

- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? [ ] No [x] Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Wheeler Retail Ventures, LLC
1055 Laskin Road, Ste 100
Virginia Beach, VA 23451

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** FOR NOTICE PURPOSES ONLY

**Last 4 digits of account number** _

Is the claim subject to offset? [ ] No [x] Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

Woodside Capital, LLC
1055 Laskin Road, Ste 100
Virginia Beach, VA 23451

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** FOR NOTICE PURPOSES ONLY

**Last 4 digits of account number** _

Is the claim subject to offset? [x] No [ ] Yes

## Part 3:  List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Benjamin Thomas Shelton<br>PO Box 24005<br>Hilton Head Island, SC 29925 | Line 3.1<br><br>[ ] Not listed. Explain ____ | _ |

## Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $  0.00 |
| 5b. Total claims from Part 2 | 5b. + | $  836,580.90 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $  836,580.90 |

**Fill in this information to identify the case:**

Debtor name    WD-I Associates, LLC

United States Bankruptcy Court for the:    DISTRICT OF SOUTH CAROLINA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal* *Property*
(Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest — Shopping Center Lease | |
| State the term remaining — Through 2024 | Dream Boutique |
| List the contract number of any government contract | 147 Prince Court |
| | Hardeeville, SC 29927 |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest — Insurance contract | |
| State the term remaining | Everest Indemnity Insurance Company |
| List the contract number of any government contract | 477 Martinsville Road |
| | PO Box 830 |
| | Liberty Corner, NJ 07938-0830 |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest — Lease Listing Agreement | |
| State the term remaining | Lee & Associates |
| List the contract number of any government contract | Attn:  Elysa Welch |
| | 960 Morrison Drive, Suite 400 |
| | Charleston, SC 29403 |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest — Grounds maintenance of 430 William Hilton Parkway | |
| State the term remaining | Ocean Woods Landscaping Co., Inc. |
| List the contract number of any government contract | 67 Union Cemetery Road |
| | Hilton Head Island, SC 29926 |

Debtor 1   WD-I Associates, LLC
First Name          Middle Name          Last Name          Case number (if known)

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Shopping center lease | |
| | State the term remaining | Through 2028 | Orangetheory Fitness, LLC |
| | List the contract number of any government contract | | 39 Hackney Pony Ln. Hilton Head Island, SC 29926 |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | Shopping center lease | |
| | State the term remaining | Through 2028 | Petsmart, Inc. |
| | List the contract number of any government contract | | 19601 N. 27th Ave. Phoenix, AZ 85027 |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | Shopping center lease | |
| | State the term remaining | Estimated through 2030 | Starbucks Corporation |
| | List the contract number of any government contract | | 2401 Utah Avenue South Seattle, WA 98134 |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | Shopping center lease | |
| | State the term remaining | Through 2024 | Stein Mart, Inc. |
| | List the contract number of any government contract | | 1200 Riverplace Blvd Jacksonville, FL 32207 |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | Shopping center lease | |
| | State the term remaining | Through 2029 | T&A Management, Inc. |
| | List the contract number of any government contract | | 812 Huron Rd. Cleveland, OH 44115 |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | Shopping center lease | |
| | State the term remaining | Through 2024 | Thanh Ta dba Island Nails & Spa |
| | List the contract number of any | | 96 Mathews Drive, #144 Hilton Head Island, SC 29926 |

Debtor 1    WD-I Associates, LLC _____    Case number (if known) _____

     First Name          Middle Name          Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | | |
|---|---|---|---|
| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | Shopping center lease | |
| | State the term remaining | Through 2028 | WBisland, Inc. dba Jersey Mike's P.O. Box 20562 Greenville, NC 27858 |
| | List the contract number of any government contract | | |
| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | Shopping center lease | |
| | State the term remaining | Through 2027 | West Marine Products, Inc. P.O. Box 50070 Watsonville, CA 95077 |
| | List the contract number of any government contract | | |
| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | Management Agreement | |
| | State the term remaining | Annual renewals | Wheeler Real Estate Investments, LLC 1055 Laskin Road, Suite 100 Virginia Beach, VA 23451 |
| | List the contract number of any government contract | | |
| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | Indemnity bond covering construction services by Sandcastle Construction | |
| | State the term remaining | | Zurich American Insurance Company P.O. Box 968037 Schaumburg, IL 60196 |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ____WD-I Associates, LLC_____

United States Bankruptcy Court for the:    DISTRICT OF SOUTH CAROLINA

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206H
# Schedule H: Your Codebtors                                          12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Jon S. Wheeler | 1055 Laskin Road, Suite 100<br>Virginia Beach, VA 23451 | BOKF, N.A. (known as Bank of Arkansas) | ☑ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name     WD-I Associates, LLC

United States Bankruptcy Court for the:    DISTRICT OF SOUTH CAROLINA

Case number (if known)     _____

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From  1/01/2019 to Filing Date | ☐ Operating a business<br>☑ Other   Total gross rental<br>income through 3/31 | $303,132.23 |
| For prior year:<br>From  1/01/2018 to 12/31/2018 | ☐ Operating a business<br>☑ Other   Total gross rental<br>income | $1,025,448.99 |
| For year before that:<br>From  1/01/2017 to 12/31/2017 | ☐ Operating a business<br>☑ Other   Total gross rental<br>income | $401,496.24 |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits,
and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None.

| | Description of sources of revenue | Gross revenue from<br>each source<br>(before deductions and<br>exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before
filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22
and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

Debtor   WD-I Associates, LLC _____   Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.   See attached list of all payments within 90 days | See attached | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  Various |

**4.   Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   See attached list of all payments to insiders within the past year<br>VA | See attached | $0.00 | Various |

**5.   Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6.   Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

**7.   Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.   Fiamma Italian Kitchen Llc, Il Casale Wood Fired Ristorante And Pizzeria Llc vs. Wdi Associates Llc, Abc Corporation 1, Abc Corporation Inc<br>2018CP0701820 | Alternative Dispute Resolution | South Carolina Court of Common Pleas County of Beaufort SC | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2.   BOKF, NA v. WD-I Associates, LLC, Jon S. Wheeler and Wheeler Real Estate, LLC<br>2019-CP-07-00803 | Appointment of Receiver | State of South Carolina County of Beaufo | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    WD-I Associates, LLC _____    Case number *(if known)* _____

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.3. Goodman Gable Gould/Adjusters International, Inc. v. WD-I Associates, LLC, et al. | Breach of contract | Beaufort County Court of Common Pleas<br>Beaufort, SC 29901-0487 | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.4. Griffin Contracting v. WD-I Associates, et al.<br>2018CP0701896 | Enforcement of Mechanics' Lien | County of Beaufort Court of Common Pleas | ☐ Pending<br>☐ On appeal<br>☑ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| | | | |

---

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| Starbucks building - fire | $580,269.00; Approximately $190,000 still held with Bank of Arkansas and $* held in Debtor's insurance account | January 2018 | Unknown |

---

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| | | | |

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   WD-I Associates, LLC _____   Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | | 6/1/2018 - $10,000 placed into fiduciary; 9/11/2018 - $50,000 placed into fiduciary; 4/16/2019 - $35,000 placed into fiduciary. Monthly invoices paid:  June $5,581 and $210; July $862.26; August $175; October $800.00 and $3,590; November $10,727; January $595; February $825 and $1,483.40; March $3,640; April $4,367.72; May 3 $9,500 (wrote off approx. $1,000 plus time between 5/3 and 5/7) | | |
| | Crowley Liberatore P.C. 150 Boush Street, Suite 300 Norfolk, VA 23510 | | Various - See entry under "if not money" | $42,356.38 |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

| | | | | |
|---|---|---|---|---|
| 11.2. | Campbell Law Firm PA 890 JOhnnie Dodds Boulevard, Suite B PO Box 684 Mount Pleasant, SC 29464 | Pre-petition payment disclosed on Statement of Compensation | | $15,000.00 |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:   Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | 2529 Virginia Beach Boulevard Virginia Beach, VA 23452 | Until Feb 2018 |

| Debtor | WD-I Associates, LLC | Case number *(if known)* | |
|---|---|---|---|

---

**Part 8:**    **Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:**    **Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:**    **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Towne Bank c/o Wheeler Real Estate Company | XXXX- | ☑ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | Approximately June/July 2018 | Unknown |
| 18.2. | Towne Bank c/o Wheeler Real Estate Company | XXXX- | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☑ Other_ Security Deposit Account_ | Approximately June/July 2018 | Unknown |
| 18.3. | Virginia Community Bank | XXXX-4814 | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☑ Other_ Checking and Security Deposit account_ | | $0.00 |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this

Debtor    WD-I Associates, LLC _____    Case number *(if known)* _____

case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Sandcastle Constructors, Inc.<br>15 Trellis Court<br>Hilton Head Island, SC 29926 | Debtor's real property | Construction Equipment | Unknown |

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.    Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23.    Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24.    Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Debtor | WD-I Associates, LLC | | Case number *(if known)* | |
|---|---|---|---|---|

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25.  Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26.  Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Date of service<br>From-To |
|---|---|---|
| 26a.1. | Cherry Bekaert & Holland LLP<br>222 Central Park Avenue<br>Suite 1400<br>Virginia Beach, VA 23462 | 2016-2019 |
| 26a.2. | Wheeler Real Estate Co. (& affiliates)<br>2529 Virginia Beach Boulevard<br>Virginia Beach, VA 23452 | 2014 through March 2018 |
| 26a.3. | Yockey & Associates<br>109 E. Main Street<br>Suite 400<br>Norfolk, VA 23510 | Approximately April 2018 through April 2019 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | Wheeler Real Estate Investments, LLC<br>1055 Laskin Road, Suite 100<br>Virginia Beach, VA 23451 | |
| 26c.2. | Wheeler Real Estate Co. (& affiliates)<br>2529 Virginia Beach Boulevard<br>Virginia Beach, VA 23452 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| | Name and address |
|---|---|
| 26d.1. | Bank of Arkansas<br>3500 N. College Ave<br>Fayetteville, AR 72703 |

Debtor    WD-I Associates, LLC                                                    Case number *(if known)*

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| WD-I Management, LLC | 1055 Laskin Road Suite 100 Virginia Beach, VA 23451 | Manager of debtor limited liability company | 10 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jon Wheeler | 1055 Laskin Road, Suite 100 Virginia Beach, VA 23451 | Director and sole owner of WD-I Management, LLC | 0 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Michael McCabe | | Board of Directors | 0% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Tara Saunders | | Board of Directors | 0% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | See response to Question 3 of SFA | | | |
| | **Relationship to debtor** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor    WD-I Associates, LLC _____    Case number *(if known)* _____

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:**    **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    5/6/2019
_____

/s/Jon Wheeler                                    Jon Wheeler
_____              _____
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    Manager, WD-I Management, LLC
_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

# WB-1 Associates LLC
# Transaction List by Vendor
## February through April 2019

| | Date | Num | Memo | Amount |
|---|---|---|---|---|
| **Another Broken Egg  Allowance** | 02/08/2019 | wire | TI Allowance | -45,916.66 |
| | 03/05/2019 | wire | TI Allowance | -45,916.68 |
| **Beaufort County** | 02/12/2019 | 5210 | | -12,936.70 |
| | 02/12/2019 | 5211 | | -16,182.78 |
| | 02/12/2019 | 5223 | | -580.44 |
| | 03/08/2019 | 5230 | | -9,558.26 |
| **Campbell Law Firm** | 04/16/2019 | wire | Campbell Law Firm | -15,000.00 |
| **Cherry Bekaert LLP** | 04/19/2019 | 5264 | | -9,050.00 |
| **Count on Christine Consulting, LLC** | 02/12/2019 | 5212 | January | -390.00 |
| | 03/05/2019 | 5225 | February | -585.00 |
| | 04/02/2019 | 5249 | March | -910.00 |
| **Court Atkins Architects Inc** | 04/11/2019 | 2107 | | -175.54 |
| **Crowley Liberatore Ryan & Brogan P.C** | 04/16/2019 | ACH | debit memo | -35,000.00 |
| **Cushman& Wakefield of North Carolina Inc** | 02/20/2019 | WIRE | | -2,750.00 |
| | 04/02/2019 | 5250 | | -2,750.00 |
| **Hilton Head PSD #27323/50268** | 02/12/2019 | 5213 | 27323 | -38.00 |
| | 03/15/2019 | 5231 | 50268 | -48.00 |
| | 04/11/2019 | 5256 | 50268 | -38.00 |
| **Hilton Head PSD #47244** | 02/12/2019 | 5214 | 47244 | -38.00 |
| | 03/05/2019 | 5226 | 47244 | -18.00 |
| **Hilton Head PSD #47618/50269** | 02/12/2019 | 5215 | 47618 | -38.00 |
| | 03/05/2019 | 5227 | 47618 | -18.00 |
| | 03/15/2019 | 5232 | 50269 | -43.00 |
| | 04/11/2019 | 5257 | 50269 | -38.00 |
| **Hilton Head PSD #47620/50270** | 02/12/2019 | 5216 | 47620 | -365.00 |
| | 03/15/2019 | 5233 | 47620 | -155.00 |
| | 04/11/2019 | 5258 | 47620 | -297.00 |
| **Hilton Head PSD #48503/50265** | 02/12/2019 | 5217 | 48503 | -99.00 |
| | 03/15/2019 | 5234 | 50265 | -77.00 |
| | 04/11/2019 | 5259 | 50265 | -80.00 |
| **Hilton Head PSD #48504/50266** | 02/12/2019 | 5218 | 48504 | -49.00 |
| | 03/15/2019 | 5235 | 50266 | -50.00 |
| | 04/11/2019 | 5260 | 50266 | -44.00 |
| **HUB International Northeast** | 03/15/2019 | 5244 | WHEEREA-01 | -9,787.00 |
| | 03/26/2019 | 5247 | WHEEREA-01 | -5,702.59 |
| | 04/24/2019 | 5266 | WHEEREA-01 | -26,910.82 |
| **Innovation Builders** | 04/18/2019 | 5263 | Island Nail Spa | -25,000.00 |
| **Kerry Wicke Ltd, LLC** | 02/12/2019 | 2104 | SBUX INITIAL PERMI | -4,950.00 |
| **LeCraw Engineering (LECRW) INC** | 03/21/2019 | 2106 | | -2,750.00 |
| **Lee & Associates** | 04/18/2019 | WIRE | 50% Dream Boutique | -7,139.34 |
| **Lindavid, Inc dba C&C Fence** | 02/04/2019 | 2101 | | -449.40 |
| | 02/19/2019 | 2105 | | -449.40 |
| | 04/19/2019 | 2108 | Invoice 65086 | -449.40 |

7:08 PM
05/02/19

Case 19-02517-jw   Doc 1   Filed 05/07/19 Entered 05/07/19 11:26:57   Desc Main
Document   Page 34 of 41

Transaction List by Vendor
February through April 2019

| | Date | Num | Memo | Amount |
|---|---|---|---|---|
| **LoopNet** | 03/21/2019 | 5245 | | -74.40 |
| | 04/02/2019 | 5251 | | -74.40 |
| **Luis Breve** | 04/19/2019 | 5265 | Sea Turtle SC Pressu | -3,564.00 |
| **Ocean Woods Landscaping Co Inc** | 02/12/2019 | 5219 | | -1,640.00 |
| | 03/01/2019 | 5224 | | -3,640.00 |
| | 03/05/2019 | 5228 | | -390.00 |
| | 03/26/2019 | 5248 | CWDI-2 | -7,530.00 |
| | 04/02/2019 | 5252 | CWDI-2 | -675.00 |
| **Palmetto Electric Coop** | 02/12/2019 | 5220 | 1/3-1/28 Final bill | -27.00 |
| | 02/18/2019 | ACH | 1/3-1/28 Final bill 9900 | -24.53 |
| **Palmetto Electric Coop #5005** | 02/19/2019 | ACH | 234415005 | -55.66 |
| | 03/15/2019 | 5236 | 234415005 | -52.66 |
| **Palmetto Electric Coop #5006** | 02/19/2019 | ACH | 234415006 | -2,632.90 |
| | 03/15/2019 | 5237 | 234415006 | -2,632.90 |
| **Palmetto Electric Coop #5008** | 02/04/2019 | 5208 | 234415008 | -484.00 |
| | 03/05/2019 | 5229 | 234415008 | -484.00 |
| | 04/02/2019 | 5253 | 234415008 | -470.00 |
| **Palmetto Electric Coop #5010** | 02/19/2019 | ACH | 234415010 | -30.00 |
| | 03/15/2019 | 5238 | 234415010 | -28.00 |
| **Palmetto Electric Coop #5011** | 02/19/2019 | ACH | 234415011 | -164.00 |
| | 03/15/2019 | 5239 | 234415011 | -123.00 |
| **Palmetto Electric Coop #5017** | 02/19/2019 | ACH | 234415017 | -22.74 |
| **Palmetto Electric Coop #5019** | 02/19/2019 | ACH | 234415019 | -22.00 |
| | 03/15/2019 | 5240 | 234415019 | -20.00 |
| **Palmetto Electric Coop #5020** | | | | |
| **Palmetto Electric Coop #5020** | 02/19/2019 | ACH | 234415020 | -22.00 |
| | 03/15/2019 | 5241 | 234415020 | -20.00 |
| **SC Secretary of State** | | | | |
| **SC Secretary of State** | 04/23/2019 | 5267 | | -10.00 |
| **The Bellamy Law Firm** | 03/21/2019 | wire | | -22,500.00 |
| **Town of Hilton Head Island** | 02/05/2019 | 2102 | | -2,052.40 |
| | 04/30/2019 | 5268 | | -1,724.70 |
| **Towne Bank** | 02/08/2019 | | | -25.00 |
| | 03/18/2019 | ACH | | -25.27 |
| | 04/16/2019 | ACH | Analysis Actifity | -19.36 |
| | 04/16/2019 | ACH | O-W Charge | -25.00 |
| | 04/18/2019 | ACH | O-W Charge | -25.00 |
| **Waste Pro of SC** | 02/12/2019 | 5221 | 065869 | -468.43 |
| | 03/15/2019 | 5242 | 065869 | -467.85 |
| **Williams Mullen** | 03/15/2019 | 5243 | | -324.00 |

-335393.21

8:02 PM
05/02/19

Case 19-02517-jw    Doc 1    Filed 05/07/19    Entered 05/07/19 11:26:57    Desc Main

**WD-1 Associates LLC**
**Transaction List by Vendor**
**May 1, 2018 through May 2, 2019**

| Date | Memo | Account | Amount | Invoiced for |
|------|------|---------|--------|--------------|
| **Fairfield Associates LLC** | | | | |
| 12/23/2018 | For repayment of prepaid insuance | 1114-00 · TOWNEBANK 6120 | -4,650.55 | Prepaid Insuarnce account |
| **Northeast Plaza Associates LLC** | | | | |
| 08/02/2018 | Expenses | 1125-00 · VA COMM BK 4814 *Clo | -27,222.56 | Due to affiliate |
| 09/30/2018 | Due to - for Insurance | 1125-00 · VA COMM BK 4814 *Clo | -667.97 | Prepaid Insurance account |
| **South Plaza Associates** | | | | |
| 09/30/2018 | Due to - for Insurance | 1125-00 · VA COMM BK 4814 *Clo | -1,112.63 | Prepaid Insurance account |
| **WD-1 MANAGEMENT LLC** | | | | |
| 11/08/2018 | Cherry Bekeart  bill | 1125-00 · VA COMM BK 4814 *Clo | -4,800.00 | Audit & Return account |
| **Wheeler Construction LLC** | | | | |
| 05/10/2018 | 224 | 1110-00 · BANK OF ARKANSAS 5 | -44,864.21 | Architecture |
| 09/11/2018 | Kitchen & Co | 1125-00 · VA COMM BK 4814 *Clo | -10,000.00 | Architecture |
| 11/14/2018 | | 1125-00 · VA COMM BK 4814 *Clo | -20,000.00 | Architecture |
| 02/19/2019 | Kitchen & Co | 1114-00 · TOWNEBANK 6120 | -5,000.00 | Architecture |
| **WREI LLC - Mgmt Fees** | | | | |
| 05/22/2018 | 3/1/18-5/8/18  Mgmt Fees | 1125-00 · VA COMM BK 4814 *Clo | -1,156.10 | Mgmt Fees |
| 06/26/2018 | 5-20-18 to 6-20-18  see attached + . | 1125-00 · VA COMM BK 4814 *Clo | -4,208.00 | Mgmt Fees |
| 08/20/2018 | | 1125-00 · VA COMM BK 4814 *Clo | -8,157.77 | Mgmt Fees |
| 09/06/2018 | Starbucks | 1125-00 · VA COMM BK 4814 *Clo | -69,300.00 | Commission |
| 09/26/2018 | 8-21-18 to 9-18-18  see attached | 1125-00 · VA COMM BK 4814 *Clo | -4,228.09 | Mgmt Fees |
| 10/22/2018 | 9-20-18 to 10-20-18  see attached | 1125-00 · VA COMM BK 4814 *Clo | -4,360.37 | Mgmt Fees |
| 12/04/2018 | 10-20-18 to 11-20-18  see attached | 1114-00 · TOWNEBANK 6120 | -4,619.23 | Mgmt Fees |
| 12/18/2018 | 11-20-18 to 12-13-18  see attached | 1114-00 · TOWNEBANK 6120 | -4,455.90 | Mgmt Fees |
| 01/15/2019 | | 1114-00 · TOWNEBANK 6120 | -29.20 | Printing |
| 01/31/2019 | 12-14-18 to 1-20-19  see attached | 1114-00 · TOWNEBANK 6120 | -4,630.10 | Mgmt Fees |
| 03/21/2019 | | 1114-00 · TOWNEBANK 6120 | -549.36 | Reimbursement of Amex Chgs |
| 03/25/2019 | | 1114-00 · TOWNEBANK 6120 | -9,899.48 | Mgmt Fees |
| 04/11/2019 | | 1114-00 · TOWNEBANK 6120 | -7.00 | Postage |
| 05/02/2019 | 3/21-4/20/19 | 1114-00 · TOWNEBANK 6120 | -5,397.47 | Mgmt Fees |

# United States Bankruptcy Court
## District of South Carolina

In re  WD-I Associates, LLC

Debtor(s)

Case No. 

Chapter  11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| Cahoon Hilton Head, LLC<br>1501 Cahoon Parkway<br>Chesapeake, VA 23322 | | 27.3 | Limited Partner |
| Howard Kaye<br>21 Lincoln Lane<br>Purchase, NY 10577 | | 18.1953 | Limited Partner |
| Pineland Associates, LLC<br>2529 Virginia Beach Blvd<br>Ste 200<br>Virginia Beach, VA 23452 | | 23.14 | Limited Partnership |
| Ronald L Cooper<br>2269 Foggy Brook Loop<br>The Villages, FL 32162 | | .9098 | Limited Partner |
| Tish Nahata<br>51 Spooner Road<br>Chestnut Hill, MA 02467 | | .4549 | Limited Partner |
| WD-I Management, LLC<br>1055 Laskin Road<br>Suite 300<br>Virginia Beach, VA 23451 | | 10 | Limited Partner |
| Wheeler Retail Ventures I, LLC<br>1055 Laskin Road<br>Suite 100<br>Virginia Beach, VA 23451 | | 20 | Limited Partnership |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Manager of WD-I Management, LLC, which is the maanger of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  5/6/2019

Signature  /s/Jon Wheeler

Jon Wheeler

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Beaufort County
Treasurer
PO Drawer 487
Beaufort, SC 29901-0487


Benjamin Thomas Shelton
PO Box 24005
Hilton Head Island, SC 29925


BOKF, N.A. (known as Bank of Arkansas)
3500 N. College Ave
Fayetteville, AR 72703


Dream Boutique
147 Prince Court
Hardeeville, SC 29927


Everest Indemnity Insurance Company
477 Martinsville Road
PO Box 830
Liberty Corner, NJ 07938-0830


Fiamma Italian Kitchen, LLC
27 Pearl Reef Lane
Hilton Head Island, SC 29926


G&S Nursery
1550 SW Bedenbaugh Lane
Lake City, FL 32025


Harrison Perrine
909 Walnut Street #2503
Kansas City, MO 64106


Jon S. Wheeler
1055 Laskin Road, Suite 100
Virginia Beach, VA 23451


Joseph J. Tierney, Esq.
Young Clement Rivers, LLP
PO Box 993
Charleston, SC 29402

Kaufman & Canoles, P.C.
150 West Main Street
Norfolk, VA 23514


Lee & Associates
Attn: Elysa Welch
960 Morrison Drive, Suite 400
Charleston, SC 29403


Nora R. O'Neill, Esq.
Frederic Dorwart, Lawyers
124 E. Fourth Street
Tulsa, OK 74103


Ocean Woods Landscaping Co., Inc.
67 Union Cemetery Road
Hilton Head Island, SC 29926


Orangetheory Fitness, LLC
39 Hackney Pony Ln.
Hilton Head Island, SC 29926


Perrine Investments
c/o Harrison Perrine
909 Walnut Street, #2503
Kansas City, MO 64106


Petsmart, Inc.
19601 N. 27th Ave.
Phoenix, AZ 85027


Pineland Associates II, LLC
2529 Virgina Beach Blvd
Virginia Beach, VA 23452


Robert W. McFarland, Esq.
McGuire Woods
World Trade Center
101 West Main Street
Norfolk, VA 23510-1655


Sandcastle Constructors, Inc.
15 Trellis Court
Hilton Head Island, SC 29926

Starbucks Corporation
2401 Utah Avenue South
Seattle, WA 98134


Stein Mart, Inc.
1200 Riverplace Blvd
Jacksonville, FL 32207


Superior Document Services
8th & Main Building
707 E. Main Street, Ste 150
Richmond, VA 23219


T&A Management, Inc.
812 Huron Rd.
Cleveland, OH 44115


Thanh Ta dba Island Nails & Spa
96 Mathews Drive, #144
Hilton Head Island, SC 29926


WBisland, Inc. dba Jersey Mike's
P.O. Box 20562
Greenville, NC 27858


West Marine Products, Inc.
P.O. Box 50070
Watsonville, CA 95077


Wheeler Capital, LLC
1055 Laskin Road, Ste 100
Virginia Beach, VA 23451


Wheeler Construction
c/o Jon Wheeler
1055 Laskin Road, Suite 100
Virginia Beach, VA 23451


Wheeler Development LLC
2529 Virginia Beach Blvd Ste 200
Virginia Beach, VA 23452


Wheeler Interests, LLC
2529 Virginia Beach Blvd, Ste 200
Virginia Beach, VA 23452

Wheeler Real Estate Investments, LLC
1055 Laskin Road, Suite 100
Virginia Beach, VA 23451

Wheeler Real Estate LLC
2529 Virginia Beach Boulevard
Virginia Beach, VA 23452

Wheeler Reit, L.P.
2529 Virginia Beach Blvd
Virginia Beach, VA 23452

Wheeler Retail Ventures, LLC
1055 Laskin Road, Ste 100
Virginia Beach, VA 23451

Woodside Capital, LLC
1055 Laskin Road, Ste 100
Virginia Beach, VA 23451

Zurich American Insurance Company
P.O. Box 968037
Schaumburg, IL 60196

# United States Bankruptcy Court
## District of South Carolina

In re    WD-I Associates, LLC

Debtor(s)

Case No. _____

Chapter    11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    WD-I Associates, LLC    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

Cahoon Hilton Head, LLC
1501 Cahoon Parkway
Chesapeake, VA 23322

Howard Kaye
21 Lincoln Lane
Purchase, NY 10577

Pineland Associates, LLC
2529 Virginia Beach Blvd
Ste 200
Virginia Beach, VA 23452

WD-I Management, LLC
1055 Laskin Road
Suite 300
Virginia Beach, VA 23451

Wheeler Retail Ventures I, LLC
1055 Laskin Road
Suite 100
Virginia Beach, VA 23451

☐ None [*Check if applicable*]

5/6/2019

Date

/s/Michael H. Conrady

Michael H. Conrady
Signature of Attorney or Litigant
Counsel for    WD-I Associates, LLC
Campbell Law Firm, PA
890 Johnnie Dodds Boulevard, Suite B150 Boush Street
PO Box 684
(843) 884-6874
mconrady@campbell-law-firm.com